IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARIA GUADALAUPE MERAZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>VAN'S NURSERY, INC.,<br><br>                              Defendant. | 6:21-cv-00120-MK<br><br>JUDGMENT |

    Based on the parties' Stipulated Notice of Voluntary Dismissal (ECF No. 13), this action is dismissed with prejudice and without award of costs or fees to either party, pursuant to Fed. R. Civ. P. 41.

    Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

    Dated this <u>28th</u> day of September 2021.

                              MARY L. MORAN
                              Clerk of Court

                              By:   <u>/s/ J. Klein</u>
                                        Deputy Clerk